

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00411-CR

| | | |
|---|---|---|
| Sanden Cottongame | § | From County Criminal Court No. 4 |
| | § | of Denton County |
| | § | (11604-4299, CR-2011-08399-Y) |
| v. | § | July 17, 2014 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel_____
    Justice Lee Gabriel